**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| BRITTANY ROGERS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | CASE NO. <u>4:18-CV-00075-JHM</u> |
| v. ) | |
| ) | |
| THE WEBSTAURANT STORE, INC. and ) | |
| TRICIA WILKERSON, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Brittany Rogers hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment and orders entered in this action on the 7th day of August, 2018 (Ct. Doc. 14) and the 21st day of November, 2018 (Ct. Doc. 20).

Respectfully submitted,

<u>/s/ Mark N. Foster</u>
Mark N. Foster, BPR # 023626
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
MFoster@MarkNFoster.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record via the Court's CM/ECF system this 21st day of November, 2018.

<u>/s/ Mark N. Foster</u>
Mark N. Foster